# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1909

James Earl Wilson,

    Appellant,

v.

State of Michigan; Federal Bureau of Investigation; Mary Beth Kelly, Honorable; Chassandra Chandler, Mrs.

    Appellees.

Appeal from the United States District Court for the Eastern District of Missouri

4:04 cv 331 FRB

### JUDGMENT

Appellant's motion for leave to proceed in forma pauperis has been considered by the court and is granted. All other pending motions are denied.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

July 8, 2004

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
AUG - 6 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

August 5, 2004

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. Tenth Street
St. Louis, MO  63102

Re:  04-1909   James Earl Wilson vs. State of MI

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
-------------------------------------------
cc:  Honorable Jean C. Hamilton
     James Earl Wilson

     District Court/Agency Case Number(s):  4:04-cv-331-FRB

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1909

| | |
|---|---|
| James Earl Wilson, | |
|     Appellant, | |
| v. | Appeal from the United States District Court for the Eastern District of Missouri |
| State of Michigan; Federal Bureau of Investigation; Mary Beth Kelly, Honorable; Chassandra Chandler, Mrs. | 4:04 cv 331 FRB |
|     Appellees. | |

### JUDGMENT

Appellant's motion for leave to proceed in forma pauperis has been considered by the court and is granted. All other pending motions are denied.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

July 8, 2004

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*

**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
AUG - 6 2004
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

August 5, 2004

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. Tenth Street
St. Louis, MO 63102

Re: 04-1909   James Earl Wilson vs. State of MI

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
------------------------------------------
cc: Honorable Jean C. Hamilton
    James Earl Wilson

        District Court/Agency Case Number(s): 4:04-cv-331-FRB